UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-11 |
| v. | * | SECTION: "G" |
| LYNEA SANDERS | * | |

\* \* \*

## FACTUAL BASIS

The above-named defendant, LYNEA SANDERS, has agreed to plead guilty to Count 1 of the indictment, wherein she is charged with conspiracy to commit theft of government funds, in violation of Title 18, United States Code, Section 371. Both the Government and SANDERS do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which she is pleading guilty. The Government and SANDERS further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts, beyond a reasonable doubt, to support the allegations in Count 1 of the indictment now pending against SANDERS.

### Military Funeral Honors Ceremonies

The Government would establish that the United States Army (Army) is a department of the United States. The National Defense Authorization Act of 2000 authorizes military funeral honors ("MFH") for deceased active-duty soldiers, retirees, and veterans of the United States Armed Forces, including the United States Army. At a family's request, eligible persons may receive military funeral honors, including the folding and presenting of the United States flag and the playing of "Taps." The statute defines a MFH detail as consisting of two or more uniformed military persons, with at least one being a member of the veteran's branch of military service, performing MFH.

AUSA ⟋
Defendant LS
Defense Counsel ⟋

Before a military honors funeral occurs, the Army's Casualty Assistance Center screens deceased servicemen for eligibility for the ceremony. Army personnel who wish to perform the MFH must receive advanced approval from their supervisors. After the Army personnel perform their approved MFH duties, Army pay technicians are required to submit a signed DA Form 1380, identifying the individuals who performed the MFH duty and at which funeral they performed. When submitting the signed DA Form 1380, Army pay technicians are also required to submit MFH payment requests for the performing personnel. Payment requests are by Army personnel, and approved requests for payments are made using money of the United States (*i.e.*, the United States Army).

### The Conspiracy to Commit Theft of Federal Funds

The Government would establish, through the introduction of competent testimony that, at all times material, SANDERS was a staff sergeant for the United States Army Reserve and based at the Naval Air Station Joint Reserve Base New Orleans. The Government would further establish that, at all times material, Christopher O'Connor was a staff sergeant with the United States Army Reserve, who reported for duty to the 441st Transportation Company, 377th Theater Sustainment Command, New Orleans, Louisiana. In that capacity, O'Connor was responsible for, among other duties, entering reserve duty members pay requests, including for authorized MFH duties.

Through his position as an Army pay technician, O'Connor submitted fraudulent MFH payment requests for MFH duties for SANDERS and for himself that were neither authorized nor performed. O'Connor also failed to submit the required DA Form 1380, which would have indicated the funeral for which the claimed MFH duties related.

The Government would further establish that, starting in or about August 2013 and continuing until in or about August 2016, SANDERS and O'Connor willfully and knowingly did

AUSA
Defendant
Defense Counsel

combine, conspire, confederate and agree to obtain money from the United States by submitting to the United States Department of the Army payment requests for services that had not been performed. SANDERS and O'Connor agreed to commit the crime of theft of government funds by submitting false applications for MFH pay requests. O'Connor proposed submitting false MFH pay requests in SANDERS's name in exchange for her sharing those proceeds with O'Connor. SANDERS agreed and joined the conspiracy, furthering same by accepting and splitting the false MFH payments with O'Connor. SANDERS knew the unlawful purpose of the agreement and that the subject funds constituted property of the United States. As a result of this conspiracy, SANDERS received approximately $21,780.18 from the United States government for MFH duties that never occurred and to which she knew she was not entitled.

For instance, as part of the conspiracy to commit theft of government funds, on or about August 26, 2016, and knowing that O'Connor had submitted a false MFH payment application on her behalf, SANDERS received payment from the Department of the Army of funeral honor duties that she had not performed and to which she was not entitled. O'Connor submitted the underlying false application from the Eastern District of Louisiana, and SANDERS received the improper payment in her bank account, which is located in the Eastern District of Louisiana. Pursuant to their agreement, SANDERS split the MFH payment with O'Connor for his role in facilitating the theft of government funds.

As to the MFH payments claimed for and received by SANDERS described above, a review of Fiscal Year 2013 through Fiscal 2016 records demonstrated the following: no advanced Army Casualty Assistance screening of the deceased servicemen had occurred; neither SANDERS's nor O'Connor's supervisors provided advanced approval for the claimed MFH; no

AUSA
Defendant
Defense Counsel

signed DA Form 1380 was submitted which should have identified who performed the claimed MFH and at which funerals; and no other records existed that suggested the claimed MFH ceremonies were actually performed.

### Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts known by SANDERS and/or the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for her guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offenses by SANDERS.

The above facts come from an investigation conducted by and would be proven at trial by credible testimony from, *inter alia*, Special Agents from the United States Department of Defense – Office of the Inspector General, other witnesses, and admissible, tangible exhibits.

READ AND APPROVED:

_____    2-27-2023
Lynea Sanders                    Date
Defendant

_____    2-27-2023
Gaynell Williams                 Date
Counsel for Defendant

_____    3/2/23
Andre J. Lagarde                 Date
Assistant United States Attorney