MINUTE ENTRY
BROWN, C. J.
JUNE 15, 2023
JS10 – 00:12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 21-11 |
| CHANTELLE DAVIS | SECTION: G |

### SENTENCING

| | |
|---|---|
| Court Reporter: | Nichelle Wheeler |
| Case Manager: | Morgan Palmer |
| Law Clerk: | Shao Zhao |

PRESENT:    Chantelle Davis, Defendant
Valerie Welz Jusselin, Counsel for Defendant
Andre Lagarde, Assistant U.S. Attorney
Shalita Morgan, U.S. Probation

Case called at 10:02 a.m.
Defendant present and sentenced to count 1 of the Indictment.
Counts dismissed on motion of the United States as to this defendant: Count 5 of the Indictment.
See Judgment.
The defendant released.
Hearing completed 10:14 a.m.