UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 21-011 |
| CHANTELLE DAVIS | * | SECTION "G" |

**RESPONSE TO COURT'S ORDER (REC. DOC. 146) DENYING DEFENDANT'S MOTION TO PERMIT HER TO TRAVEL TO CANADA**

**NOW INTO COURT,** comes First Assistant Federal Public Defender Valerie Welz Jusselin, counsel for the defendant, CHANTELLE DAVIS, who respectfully submits a response to the Court's Order (Rec. Doc. 146) as follows:

The Court's Order (Rec. Doc. 146) denying the defendant's motion to travel to Canada stated that defense counsel erred because she did not raise the defendant's trip to Canada at sentencing. Undersigned counsel did not know at the June 15, 2023 sentencing that the defendant had booked a trip to Canada. Had she known, she most certainly would have brought it up at sentencing.

No one from the United States Probation Office, including Chief United States Probation Officer Tracy Coleman, contacted undersigned counsel via email or telephone to ask when she learned of the defendant's

travel plans. If information was provided to this Honorable Court that undersigned counsel knew of the defendant's trip at the defendant's June 15, 2023 sentencing, such information would be false. That being said, the defendant is not asking for a reconsideration of her motion.

Respectfully submitted, this 2nd day of August, 2023.

CLAUDE J. KELLY
Federal Public Defender


/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 19825
Email: valerie_jusselin@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Andre Lagarde, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I emailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Tracy Coleman, Chief United States Probation Officer, 500 Poydras Street, Fifth Floor, New Orleans, Louisiana 70130.

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender