MINUTE ENTRY
BROWN, C. J.
AUGUST 15, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 21-11 |
| DERRICK BRANCH | SECTION: G |

## REARRAIGNMENT

| | |
|---|---|
| Court Reporter: | Alexis Vice |
| Case Manager: | Morgan Palmer |
| Law Clerk: | Shao Zhao |
| | |
| PRESENT: | Derrick Branch, Defendant |
| | Andre D. Robinson, Counsel for Defendant |
| | Andre Jude Lagarde, Assistant U.S. Attorney |
| | Renee Williams, U.S. Probation |

Case called at 10:12 a.m.
Defendant present to withdraw former plea of Not Guilty and enter a plea of Guilty as to Count 1 of the Indictment.
Defendant was sworn and questioned by the Court.
Reading of the Indictment waived and summarized.
Defendant informed of the maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant entered a plea of guilty.
Plea Agreement was disclosed to the Court and a letter of same was filed into the record.
Factual Basis was disclosed to the Court in writing and same was filed.
Defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentencing investigation is ORDERED.
Sentencing set for **November 30, 2023 at 10:00 a.m.**
Defendant released on existing bond.
The pretrial conference and trial of this defendant are cancelled.
Hearing completed 10:33 a.m.

JS-10: 00:21